UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
United States of America,

                            Plaintiff,

-against-

                                                                  Case No. 7:94-cr-788

Timothy J. Rodgers

                            Defendant.

───────────────────────────────── x

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: August 26, 2022
Poughkeepsie, New York

                                                        SO ORDERED.

                                                        Hon. Martin R. Goldberg
                                                        United States Magistrate Judge